```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 2 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RICHARD MAGGIO, M.D.

        Plaintiffs,　　　　　　　　No. 07 Civ. 4751 (LTS) (DFE)
　　　　　　　　　　　　　　　　　　　　STIPULATION
   -against-

CVS PHARMACY, INC. and VANNA TSUI,

        Defendants.
---------------------------------------------------------X

It is HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for all parties to the above entitled action that the instant action be transferred to the United States District Court for the ~~Northern~~ District of New Jersey, pursuant to 28 U.S.C. section 1406(a).

Dated: June 21, 2007

LAW OFFICE OF CHARLES C. DESTEFANO

_____
by Charles C. DeStefano (CD1050)
Attorney for Plaintiff(s)
1082 Victory Blvd.
Staten Island, New York 10301
(718) 390-0580

So-ordered: _____  6/21/2007
              U.S.D.J.